UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDREY ROBINSON BENAMARA, | ) |
| Plaintiff, | ) ) ) C.A. No. 05-1433 |
| v. | ) ) Honorable Gary Lancaster |
| PLAN ADMINISTRATORS OF MELLON LONG TERM DISABILITY PLAN, MELLON LONG TERM DISABILITY PLAN and MELLON FINANCIAL CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW this 6th day of July, 2006, the Plaintiff having filed a motion to reopen discovery and to compel answers to interrogatories, the Defendants having responded and that Court having given the matter due consideration, **IT IS ORDERED** that the motion be, and hereby is, denied.

**IT IS FURTHER ORDERED** that the date for the filing of any dispositve motion shall be JULY 21, 2006. The nonmoving party's response to any such motion and brief shall be due thirty (30) days thereafter on AUGUST 21, 2006. Any reply to a response shall be due fifteen (15) days thereafter on SEPTEMBER 5, 2006.

_____
Honorable Judge Gary Lancaster